# Memorandum



| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT<br><br>U.S. v. DAVID MONARREZ, a/k/a Spooky, GUILLERMO MONARREZ, a/k/a Memo, YAJAIRA MONARREZ-ZENDEJAS, ALEX BRABLEC, a/k/a Mike, ISRAEL MENDOZA, DANIEL DREWS, JORGE ROLANDO FLORES, a/k/a Baby Boy, ALBERTO RODRIGUEZ-RUIZ, a/k/a A-Rod, and MIGUEL ADRIAN DIAZ<br>8:12CR70 | March 23, 2012 |
| To | From |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | s/Meredith B. Tyrakoski, AUSA |

     Be advised that Defendants named in the Indictment listed above, are now in custody. You may now unseal the criminal Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).