IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO RESTRICT |
| | ) | |
| DANIEL DREWS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a Motion to Review Detention which contains personal information about the defendant, and he is protected from public viewing of the same by law.

WHEREFORE the defendant respectfully requests that the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act, and for any other relief the Court deems proper.

Dated this 10th day of April, 2012.

                                                  Daniel Drews, Defendant

                                        By:   /s/  Kevin A. Ryan

                                                  209 S. 19th St. #500
                                                  Omaha, NE 68102
                                                  402-341-9300
                                                  ryanlawoffices@aol.com
                                                  Attorney for Defendant

**Certificate of Service**

PDF created with pdfFactory trial version www.pdffactory.com

I, Kevin Ryan, hereby certify that on April 10, 2012, the above Motion to Restrict was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notice to Meredith Tyrakoski, U.S. Attorney.

/s/  Kevin A. Ryan

PDF created with pdfFactory trial version www.pdffactory.com